AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

The Annuity, Pension, Welfare and Apprenticeship Skill Improvement & Safety Funds of the International Union of Operating Engineers Local 137, 137A, 137B, 137C & 137R et al.

V.

Briga Trucking, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

08 CIV. 2091

JUDGE CONNER

TO: (Name and address of defendant)

Briga Trucking, Inc.
35 Cedar Place
Rye, New York 10580

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRADY McGUIRE & STEINBERG, P.C.
603 WARBURTON AVENUE
HASTINGS-ON-HUDSON, NEW YORK 10706

an answer to the complaint which is herewith served upon you, within ____Twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK

CLERK

(BY) DEPUTY CLERK

DATE 3/3/8

STATE OF NEW YORK     UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.2091     AND FILED ON     3/3/2008

THE ANNUITY, PENSION, WELFARE AND APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL     Plaintiff(s)/Petitioner(s)

Vs.

BRIGA TRUCKING, INC.     Defendant(s)/Respondent(s)

STATE OF: NEW YORK     ) SS
COUNTY OF WESTCHESTER     )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/12/2008 at 8:35AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT

Party Served: BRIGA TRUCKING, INC.     (herein called recipient) therein named.

At Location: 35 CEDAR PLACE
RYE NY 10580

By delivering to and leaving with BOB CAPOLONGO and that deponent knew the person so served to be the MANAGING AGENT of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: M     Color of Skin: WH     Color of Hair: BRN/GR
Age: 55     Height: 5'10"
Weight: 195     Other Features:

Sworn to before me on 3/12/2008

_Gail Williams_     _Joseph Vallone_

Joseph Vallone
Server's License#: 1100190

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010