UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE ANNUITY, PENSION, WELFARE and APPRENTICESHIP
SKILL IMPROVEMENT AND SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO by its          **REQUEST TO**
TRUSTEES EDWARD KELLY, JEFFREY LOUGHLIN,                    **CLERK FOR**
PETER PATERNO, ROSS PEPE, NICHOLAS SIGNORELLI and **ENTRY OF DEFAULT**
NICHOLAS SIGNORELLI, JR., and JOHN and JANE DOE,
as Beneficiaries of the ANNUITY, PENSION, WELFARE and       08-CIV-2091 (WCC)
APPRENTICESHIP SKILL IMPROVEMENT AND SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 137, 137A, 137B, 137C & 137R,
AFL-CIO,



Plaintiffs,

-against-

BRIGA TRUCKING, INC.,

Defendant.
------------------------------------------------------------------X

TO:   J. MICHAEL McMAHON, Clerk of the United States District
      Court for the Southern District of New York

Please enter the default of Defendant BRIGA TRUCKING, INC. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for its failure to plead or otherwise defend the above-entitled action as fully appears from the court file herein and from the attached Affidavit of James M. Steinberg, sworn to on April 2, 2008.

Dated: Hastings-on-Hudson, New York
       April 2, 2008

                                    BRADY McGUIRE & STEINBERG, P.C.

                                    By: _____
                                        James M. Steinberg (JS-3515)
                                        Attorneys for Plaintiffs
                                        603 Warburton Avenue
                                        Hastings-on-Hudson, New York 10706
                                        (914) 478-4293

TO:   BRIGA TRUCKING, INC.
      35 Cedar Place
      Rye, New York 10580