UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE ANNUITY, PENSION, WELFARE and APPRENTICESHIP
SKILL IMPROVEMENT AND SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO by its
TRUSTEES EDWARD KELLY, JEFFREY LOUGHLIN,                **STATEMENT**
PETER PATERNO, ROSS PEPE, NICHOLAS SIGNORELLI and **OF DAMAGES**
NICHOLAS SIGNORELLI, JR., and JOHN and JANE DOE,
as Beneficiaries of the ANNUITY, PENSION, WELFARE and    08-CIV-2091 (WCC)
APPRENTICESHIP SKILL IMPROVEMENT AND SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 137, 137A, 137B, 137C & 137R,
AFL-CIO,

                    Plaintiffs,

    -against-

BRIGA TRUCKING, INC.,

                    Defendant.
-----------------------------------------------------------------X

| | |
|---|---|
| Principal Amount Sued For: | $26,491.52 |
| Interest at 10% from February 1, 2008 through April 2, 2008: | $456.23 |
| Liquidated Damages: | $5,298.30 |
| Attorneys' Fees: | $1,311.00 |
| *Costs and Disbursements:* | |
| Clerk's Fee: | $350.00 |
| Process Server Fee for Service: | $45.00 |
| Statutory Fee: | $20.00 |
| TOTAL: | $33,972.05 |